# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA KATHRYN OBRIEN,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL,[1]<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:19-cv-700 - JLT<br><br>ORDER WITHDRAWING THE ORDER TO SHOW CAUSE DATED NOVEMBER 8, 2019<br><br>(Doc. 11) |

On November 8, 2019, the Court prepared and issued an order to Plaintiff to show cause why sanctions should not be imposed for her failure to serve a confidential letter brief and file proof of service, which was due on November 7. (*See* Doc. 11) Prior to the docketing of the order, Plaintiff filed her proof of service, indicating she served the confidential letter brief on November 8. (Doc. 10) Accordingly, the Order to show cause is **WITHDRAWN**.[2]

IT IS SO ORDERED.

    Dated: __**November 12, 2019**__             __**/s/ Jennifer L. Thurston**__
                                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally brought against Nancy A. Berryhill in her capacity as then-Acting Commissioner. Andrew M. Saul, the newly appointed Commissioner, has been automatically substituted. *See* Fed. R. Civ. P. 25(d).
[2] Nevertheless, Plaintiff is reminded of her obligation to comply with the deadlines as ordered by the Court, as sanctions may be imposed for failure to comply with the Court's orders and untimely documents may be stricken.