# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA KATHRYN OBRIEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:19-cv-0700 - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A SECOND EXTENSION OF TIME<br><br>(Doc. 14) |

Plaintiff seeks judicial review of the administrative decision to deny her application for benefits, and requests a second extension of time to file an opening brief. (Doc. 16) The Commissioner does not oppose the request. (*Id.* at 2) Based upon the information provided and good cause appearing, the Court **ORDERS**:

1. The motion for an extension of time (Doc. 16) is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief no later than **March 8, 2020**.

IT IS SO ORDERED.

Dated: **February 6, 2020**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE